USA-74-24B
(Rev. 05/01)

**CRIMINAL DOCKET**
United States Courts
Southern District of Texas
F I L E D

APR 25 2019

Filed David J. Bradley, Clerk of Court

No. **19 CR 303**

HOUSTON DIVISION

USAO Number: 2019R09949

Magistrate Number:

CRIMINAL INDICTMENT

Judge: *Werlein*

UNITED STATES of AMERICA
VS.

BERNARD ROBINSON,

COREY BISHOP, AND

LEONARD MURPHY

**ATTORNEYS:**

RYAN K. PATRICK, U.S. ATTORNEY    (713) 567-9000

Lisa Collins, AUSA    (713) 567-9000

| | Appt'd | Private |
|---|---|---|
| BERNARD ROBINSON | ☐ | ☐ |
| COREY BISHOP | ☐ | ☐ |
| LEONARD MURPHY | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

**CHARGE:**
(TOTAL)
(COUNTS:)
( 2 )

Ct. 1: Interference with Commerce by Robbery [18 USC § 1951(a)]

Ct. 2: Using and Carrying a Firearm during and in Relation to a Crime of Violence [18 USC §§ 924(c)(1)(A)]

**PENALTY:**

Ct. 1: : Up to 20 years imprisonment, a fine of not more than 250,000, up to 3 years SR and a 100 dollar special assessment.

Ct. 2: A mandatory minimum of 10 years imprisonment to run consecutive to the underlying count, up to 3 years SR and a 100 dollar special assessment.

☑ In Jail Corey Bishop, Leonard Murphy

☐ On Bond

☐ No Arrest Bernard Robinson

NAME & ADDRESS
of Surety:

**PROCEEDINGS:**