United States District Court
Southern District of Texas
**ENTERED**
January 03, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § § § § | Crim.No. 19-303 |
| vs. | | |
| BERNARD ROBINSON (1)<br>COREY BISHOP (2)<br>LEONARD MURPHY (3) | | Judge Ewing Werlein, Jr. |

## *AMENDED DOCKET CONTROL ORDER*

The Docket Control Order is AMENDED as follows:

1. MOTIONS will be filed by     *February 28, 2020*

2. RESPONSES will be filed by     *March 6, 2020*

3. Proposed JURY QUESTIONS and
   JURY CHARGE will be filed by     At Final Pretrial Conference

4. PRETRIAL CONFERENCE is set for     *March 13, 2020 @ 11:00 AM*
   (515 Rusk, Fifth Circuit Courtroom 11D, 11th Floor
   Houston, Texas)
   **DEFENDANT MUST BE PRESENT**

5. JURY selection and TRIAL set for     *April 20, 2020 @ 9:00 AM*

6. Estimated Trial Time     *4 - 5 days*

Direct questions about this schedule to Marilyn Flores, Case Manager,
U. S. District Clerk's Office, P. O. Box 61010, Houston, Texas  77208;
713-250-5533.

SIGNED at Houston, Texas on the 3rd day of January, 2020.

*[signature]*
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE